The People of the State of New York, Respondent, 
against
Jaquan Monroe, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Erika M. Edwards, J., on motion; Kevin B. McGrath, J. at plea and sentencing), rendered June 11, 2014, convicting him, upon a plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Erika M. Edwards, J., on motion; Kevin B. McGrath, J. at plea and sentencing), rendered June 11, 2014, affirmed. 
By pleading guilty, defendant forfeited his right to appellate review of the court's denial of his CPL 170.40 motion to dismiss the information in the furtherance of justice (see e.g. People v Kontos, 71 AD3d 507 [2010], lv denied 14 NY3d 887, 889 [2010]; People v Dawkins, 38 AD3d 231 [2007], lv denied 8 NY3d 983 [2007]). Were we to find that the claim was not forfeited, we would conclude that the court properly denied the motion.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: June 20, 2017